UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NEW ERRA DOORS CORP., et al.,

    Plaintiffs,

v.                                      Case No. 2:20-cv-376-JLB-NPM

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

    Defendants.

## **ORDER**

Plaintiffs have filed a notice of voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 27.)  The notice is self-executing.  <u>Matthews v. Gaither</u>, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).  The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on September 13, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE